IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CT-3045-FL

| | |
|---|---|
| DAVID RICHARDSON,<br>    Plaintiff,<br><br>    v.<br><br>OFFICER BOSTICK, SGT.<br>BELL, OFFICER WHEELER,<br>OFFICER BEAMON,<br>OFFICER ANDERSON, AND<br>CAPT. BECK<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER DISMISSING DEFENDANT OFFICER BEAMON

Plaintiff and Defendant OFFICER BEAMON having settled all claims between them arising from the incidents in the Complaint in this action, and Plaintiff having moved the Court for an Order dismissing the action as to OFFICER BEAMON with prejudice, each party to bear his own fees and costs, it is HEREBY ORDERED, that this action is DISMISSED pursuant to Rule 41(a)(2), with prejudice, as to OFFICER BEAMON. Each party will bear his own fees and costs.

The action continues as to OFFICER BOSTICK, SGT. BELL, OFFICER WHEELER, OFFICER ANDERSON, and CAPTAIN BECK.

SO ORDERED.

June 8, 2012
Date

/s/ Louise W. Flanagan
LOUISE W. FLANAGAN
United States District Judge