IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CT-3045-FL

| | |
|---|---|
| DAVID RICHARDSON, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| OFFICER BOSTICK, SGT. | ) |
| BELL, OFFICER WHEELER, | ) |
| OFFICER ANDERSON, | ) |
| CAPT. BECK, OFF. LENNON, | |
| ASST. SUP. HAROLD | |
| PERSON, | |
| Defendants. | |

### ORDER DISMISSING DEFENDANT OFFICER ANDERSON

Plaintiff and Defendant OFFICER ANDERSON having settled all claims between them arising from the incidents in the Complaint in this action, and Plaintiff having moved the Court for an Order dismissing the action as to OFFICER ANDERSON with prejudice, each party to bear his own fees and costs, it is HEREBY ORDERED, that this action is DISMISSED pursuant to Rule 41(a)(2), with prejudice, as to OFFICER ANDERSON. Each party will bear his own fees and costs.

The action continues as to OFFICER BOSTICK, SGT. BELL, OFFICER WHEELER, CAPTAIN BECK, OFFICER LENNON, and ASST. SUP. HAROLD PERSON.

SO ORDERED.

August 16, 2012
Date

LOUISE W. FLANAGAN
United States District Judge